ment and order affirmed, with costs. Order filed. See, also, 133 App. Div. 939, 118 N. Y. Supp. 240.

In re GROTE ST. IN CITY OF NEW YORK. In re GLEASON. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of Grote Street in the City of New York (petition of Gleason). No opinion. Motion denied, with $10 costs. Order filed.

GURVIN, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by James Gurvin against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

HAGE, Appellant, v. SPRAGUE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Daniel S. Hage against John T. Sprague. H. R. Bayne, for appellant. G. M. Pinney, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAMLIN et al., Respondents, v. BURGARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by William Hamlin and another, as executors, against Henry P. Burgard. No opinion. Judgment affirmed, with costs.

In re HARING. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the petition of Ella F. Haring, for the appointment of commissioners to assess the damage to her property, etc. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs, but without prejudice to any application that the respondent may be advised to make for amendment of the order whereby the commissioners were appointed. See Bley v. Village of Hamburg, 84 App. Div. 23, 82 N. Y. Supp. 35.

HARRIS, Respondent, v. McMULLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Munroe Harris against Arthur McMullen. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HARRISON, Respondent, v. HARTFORD LIFE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Marie L. Harrison, as administratrix, etc., against the Hartford Life Insurance Company, impleaded with others. H. H. Bottome, for appellant. E. Shelby, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

HART, Respondent, v. JAMES McDONNELL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by A. Vernon Hart against the James McDonnell Company. No opinion. Order affirmed, with $10 costs and disbursements.

HART, Appellant, v. JAMES McDONNELL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by A. Vernon Hart against the James McDonnell Company. No opinion. Judgment affirmed, with costs.

In re HARTEAU et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the judicial settlement of the account of Margaret N. Harteau, Eugene H. Winslow, and Julian D. Fairchild, as trustees, etc., of Henry Harteau, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the executors and to the charitable institutions, payable out of the estate, upon the authority of Matter of Harteau, 125 App. Div. 710, 110 N. Y. Supp. 59. See, also, 133 App. Div. 927, 118 N. Y. Supp. 1111.

HARTWIGSON, Respondent, v. HARDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Minnie Hartwigson against Minnie Harder and others. No opinion. Motion to dismiss appeal denied, without costs, on condition that the appeal be placed on the January calendar for argument.

HAYES, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Motion denied, with costs. See, also, 125 N. Y. Supp. 652.

HEBBERD, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Isaac N. Hebberd against Elizabeth Schwarzler. P. S. Dean, for appellant. B. F. Gerding, for repondent. No opinion. Judgment affirmed, with costs. Order filed.

HEILBACK, Respondent, v. CONSUMERS' BREWERY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Marcus Heilback against the Consumers' Brewery of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the evidence establishes as matter of law that the plaintiff assumed the risk, and fails to establish actionable negligence on the part of the defendant.

HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Simon Heilbrunn against the German Alliance Insurance Com-